**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

Sushma Bade,

                                    *Plaintiff,*      Case No.: 3:26-cv-00436-SCR-WCM

            *vs.*

United States Department of Homeland
Security;

                                    *Defendant.*

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff voluntarily dismisses this case pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i) because Defendant favorably acted on the visa petition that gave rise to the

complaint. The parties agree to bear their own costs and fees.

Dated: July 2, 2026,                            Respectfully submitted,

                                    */s/ Jonathan D. Wasden*
                                    Jonathan D. Wasden
                                    DDC MS0011
                                    Wasden Law
                                    2593 W Torana Dr
                                    Meridian, ID 83646
                                    Phone: (843)872-4978
                                    Email: jon@wasden.law
                                    *Admitted Pro Hac Vice*

                                    */s/ Helen L. Parsonage*
                                    Helen L. Parsonage
                                    NC Bar Number 35492
                                    Attorney for the Plaintiff
                                    Elliot Morgan Parsonage PLLC
                                    328 N Spring Street
                                    Winston-Salem, NC 27101
                                    Phone: (336)714-4480
                                    Email: hparsonage@emplawfirm.com

1